**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00069-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| ANA LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Unauthorized inspection of tax return information, in violation of 26 U.S.C. § 7213A |
| **Sentence Date:** | May 15, 2014 |
| **Review Hearing Date:** | April 16, 2015 |
| **Probation Expires On:** | May 15, 2015 |

***CONDITIONS OF UNSUPERVISED PROBATION:***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $750.00, which Total Amount is made up of a Fine: $ 750.00; Special Assessment: $ 0.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☐ Payment schedule of $        per month by the       of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

***COMPLIANCE:***

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                            Amount:

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☐ Compliance with Other Conditions of Probation:

**_GOVERNMENT POSITION:_**

☒   The Government agrees to the above-described compliance.

☐   The Government disagrees with the following area(s) of compliance:

Government Attorney:  Bayleigh J. Pettigrew

**_DEFENDANT'S REQUEST (OPTIONAL):_**

In light of the information detailed in this status report, the defendant moves for the following:

☒   that the review hearing set for 4/16/2015 at 10:00 a.m.

    ☐   be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒   be vacated.

☒   Or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED:  3/31/2015                                  _/s/ Erin Snider_____
                                                            DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED.  The Court orders that the Review Hearing be vacated.

☐   DENIED.

DATED: **Mar 31, 2015**

**STANLEY A. BOONE**
United States Magistrate Judge